# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

*In re*: Michael W. Caspino
Attorney at Law, Bar No. 6590

Case No. 2:26-ms-00008-APG

**ORDER OF SUSPENSION**

Attorney Michael W. Caspino, State Bar No. 6590, was suspended by the Supreme Court of Nevada on February 19, 2026. On March 9, 2026, I ordered Michael W. Caspino to show cause why this court should not impose reciprocal discipline and suspend him. ECF No. 1. The OSC provided Michael W. Caspino with 30 days to respond with reasons why he should not be suspended. No response has been received. Failure to respond requires me to enter an order of suspension. Local Rule IA 11-7(e)(2).

I THEREFORE ORDER that Michael W. Caspino, Bar No. 6590, is suspended from practice in United States District Court for the District of Nevada.

DATED this 23rd day of April, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 24th day of April, 2026, I caused to be served a true and correct copy of the foregoing Order to the following party via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

Michael W. Caspino
18400 Von Karman Ave.,
Suite 800
Irvine, CA 92612

Certified Mail No.: 9589 0710 5270 1165 2466 75

/s/ P. Rich
Deputy Clerk
United States District Court,
District of Nevada